Glen Owens
#19548-112
FCI VICTORVILLE 1
P.O. Box 5300
Adelanto, CA 92301

FILED
2008 APR 15 AM 10: 23

In Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 00-CR-01220 SVW |
| GLEN OWENS, ) | |
| Defendant. ) | |

MOTION FOR REDUCTION IN TERM OF IMPRISONMENT
PURSUANT TO 18 U.S.C. § 3582(c)(2)

    Comes Now, Glen Owens, defendant in the above captioned case, and would respectfully request this Court reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2). This he says in support thereof:

    Defendant was sentenced to a term of 130 months imprisonment after pleading guilty to possession of crack cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a). Defendant was sentenced at the bottom of a 130-162 month guideline range calculated under the crack guidelines in effect at the time of his conviction.

    Effective November 1, 2007, U.S.S.G. § 2D1.1 was amended. The effect of this amendment was to lower Base Offense Levels for crack cocaine by 2 points. On December 11, 2007, the U.S. Sentencing Commission voted to make this amendment retroactive. The effective date of this retroactive decision was March 3, 2008. Thus, the guidelines specifically provide that the crack cocaine amendment should apply retroactively to determine "whether, and to what extent, a reduction in sentence is warranted" on a motion under Section 3582(c). U.S.S.G. § 1B1.10(a); United States v. Sprague, 135 F.3d 1301 (9th Cir. 1998), quoting United States v. Innie, 77 F.3d 1207, 1209 (9th Cir. 1996).

    A recalculation of defendant's offense level under the newly amended guidelines would provide a lower range of 100-137 months. This Defendant's projected release date is currently July 18, 2010. A reduction in sentence under the new guidelines could enable this defendant to be considered for release in November of 2008 if this Court would resentence him at the bottom of the amended guidelines.

Defendant respectfully submits this Court may consider reducing his term of imprisonment under the provisions of 18 U.S.C. § 3582(c)(2), modification of an imposed term of imprisonment, wherein the statute states, "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

Wherefore, defendant prays this Court will reduce his sentence to a term of imprisonment at the bottom of the amended guideline range of 100-137 months.

Dated this 31st day of March, 2008.

Respectfully Submitted,

_____
GLEN OWENS
Defendant Pro Se


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR REDUCTION IN TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)(2) has been duly served on the Office of the United States Attorney for the Central District of California by placing same in an envelope, postage prepaid, in the U.S. Mail depository at FCI VICTORVILLE 1, addressed as follows:

OFFICE OF THE U.S. ATTORNEY
FOR THE CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

Respectfully,

_____
GLEN OWENS
Affiant