1  **DAVID R. REED, State Bar #62479**
   Attorney at Law (Automatictrials@yahoo.com)
2  8530 Wilshire Blvd. Suite 404
   Beverly Hills, Ca. 90211
3  (310) 854-5246
   (760) 342-7927 fx
4
   Attorney for: GLEN OWENS
5

6                  **UNITED STATES DISTRICT COURT**

7                  **CENTRAL DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA,    )
9                               )   CASE NO: CR-00-1220 SVW
              Plaintiff,        )
10                              )
           -vs-                 )   DEFENDANT OWENS' POSITION
11                              )   RE: HIS MOTION FOR SENTENCE
   GLEN OWENS,                  )   REDUCTION BASED ON "CRACK"
12                              )   GUIDELINES
              Defendant,        )
13  _____/

14       Defendant Glen Owens hereby submits his position regarding
15  his "crack"-re-sentencing motion.  Defendant agrees with
16  everything stated in the government's position brief and requests
17  the court issue an Amended Judgment and Commitment Order re-
18  sentencing him to 120 months, all other terms in the original
19  judgment commitment order to remain the same.  Defendant waives
20  his presence at a re-sentencing hearing and requests the court
21  issue the amended "J and C" as soon as possible, as defendant
22  could be eligible for release as early as November 2008, should
23  the BOP receive the amended J and C within the next two months.
24
25  Dated: June 7, 2008        Respectfully submitted,
26                             *Efile signature: David Reed*
27                             _____
28                             David R. Reed for Mr. Owens

                                  1

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | PROOF OF SERVICE                                                                     |
| 2  | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:                                          |

I am employed in the County of Los Angeles State of California.

I am over the age of 18 and not a party to the within action; my business address is The Law Office of David R. Reed, 8530 Wilshire Blvd. Ste. 404, Beverly Hills, California 90211.

On June 7, 2008, I served the following documents described as:

Defendant's position re "crack" re sentencing

On interested parties in this action by placing a true copy thereof which was enclosed in a sealed envelope addressed as follows:

Lamar Baker
AUSA
312 N. Spring St.
L.A., Ca. 90012

I deposited such envelopes in the mail at Los Angeles, Ca. The envelopes were mailed with postage thereon fully prepaid.

I am employed in the office of an attorney admitted to the bar of this Court at whose direction the service was made.

Executed this 6/7, 2008 at Los Angeles, Ca.

*David R. Reed efile sig*

_____
DAVID R. REED