PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

*[FILED STAMP: CLERK U.S. DISTRICT COURT, SEP 2 3 2010, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]*

U.S.A. VS. GLENN OWENS                                      Docket No. CR00-01220-SVW

### Petition on Probation and Supervised Release (Modification)

     COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>GLENN OWENS</u> who was placed on supervision by the Honorable <u>STEPHEN V. WILSON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>7th</u> day of <u>May, 2001</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Glenn Owens has a history of substance abuse and is participating in our contracted drug aftercare program. Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention need to be continued following this transition. Drug testing is the most reliable method for monitoring drug use.

The Ninth Circuit Court of Appeals' finding in *Stephens* limits the Probation Officer to three random drug tests outside of treatment, pursuant to 18 USC 3583(d). This offender's history warrants continued monitoring.

Glenn Owens and defense counsel have agreed to the proposed modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Glenn Owens, as a special condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d).

ORDER OF COURT

Considered and ordered this 23rd day of Sept, 2010 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
STEPHEN V. WILSON

Respectfully, *[signature]*

ROBERT D. CHAVEZ
U. S. Probation Officer
Place: Santa Fe Springs, California
Approved: *[signature]* THOMAS GRANUCCI
Supervising U.S. Probation Officer
Date: September 9, 2010