**FILED**
CLERK, U.S. DISTRICT COURT

SEPT 16, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:00-cr-01220-SVW-3 |
| Plaintiff | JUDGMENT AND COMMITMENT ORDER |
| vs. | |
| Glenn Owens, | |
| Defendant. | |

WHEREAS, on September 15, 2014, came the attorney for the government, Aron Ketchel and the defendant appeared in person with appointed counsel, David Reed; and the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed July 8, 2014.

WHEREAS, on September 15, 2014, the defendant having admitted the two allegations, the Court finds that the defendant violated the conditions of the supervised release order imposed on May 7, 2001.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is reinstated to supervised release. The defendant shall reside in a Residential Reentry Center until October 27, 2014, which is the scheduled end of his supervised release.

/ / /

| | |
|---|---|
| 1 | IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer. |

DATE: September 16, 2014

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: September 16, 2014

TERRY NAFISI, CLERK OF COURT

by  / s /

Paul M. Cruz, Deputy Clerk