THOMAS W KIELTY (No. 164186)
4640 Admiralty Way, Suite 500
Marina Del Rey, CA 90292-6636
Telephone (310) 393-0515
Cell phone (310) 621-7928
Facsimile (310) 626-8521
tomkielty@earthlink.net

Attorney for OZINE BRIDGEFORTH

FILED
CLERK, U.S. DISTRICT COURT
Oct. 17, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DG_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 00-CR-01220-SVW |
|---|---|
| Plaintiff, | ) ORDER CONTINUING HEARING |
| v. | ) DATE FROM OCTOBER 20, 2014 |
| OZINE BRIDGEFORTH | ) to NOVEMBER 3, 2014 |
| Defendant. | ) |

## ORDER CONTINUING HEARING DATE FROM OCTOBER 20, 2014 to NOVEMBER 3, 2014

Based on the parties' stipulation, IT IS HEREBY ORDERED that the hearing on Mr. Bridgeforth's Application to Terminate Supervised Release is continued from October 20, 2014 to November 3, 2014. at 11:00 AM.

Dated: 17 October 2014

_____
JUDGE STEPHEN V. WILSON

Submitted by:

Dated: 17 October 2014

_____
THOMAS W. KIELTY
Attorney for Ozine Bridgeforth